**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America, Criminal No. 00-267(1) (DWF)

Plaintiff,

v. **ORDER**

Peter Haughton Rodewald,

Defendant.

---

Michael W. Ward, Assistant United States Attorney, 600 United States Courthouse, 300 Fourth Street South, Minneapolis, MN 55415, counsel for Plaintiff.

William M. Orth, Esq., Orth Law Office, 100 Barristers Trust Building, 247 Third Avenue South, Minneapolis, MN 55415-6440, counsel for Defendant.

---

On February 1, 2001, the above Defendant was placed on supervision for a period of five years' probation. This Defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this Defendant be discharged from supervision.

**ORDER OF THE COURT**

Pursuant to the above report, it is **ORDERED** that the Defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated: January 27, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court